UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| GUARDIAN DeCIPLES OF BOSTON, and KEVIN FENNICK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendants. | ) ) |

CASE NO.: 3:13-CV-547-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on November 14, 2013, in which the Magistrate Judge recommends that the Court dismiss Plaintiff's Complaint.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF #1) is GRANTED.  The Clerk of the Court shall file and docket Plaintiff's Complaint (ECF #1-1).

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.   The Clerk of the Court shall close this case.

IT IS SO ORDERED this 2nd day of December, 2013.

ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE